

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-20-00098-CR

Steven **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-3435
Honorable Andrew Wyatt Carruthers, Judge Presiding

**ORDER**

This appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 1, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_____
Michael A. Cruz, Clerk of Court